| | |
|---|---|
| 1 | **SINNETT LAW, APC.** |
| 2 | Wayne A. Sinnett (SBN: 302987) |
|   | ws@sinlegal.com |
| 3 | 444 West C Street, Suite 230 |
|   | San Diego, CA 92101 |
| 4 | Tel: (619) 752-0703 |
| 5 | Fax: (619) 330-2120 |
|   | *Attorney for Plaintiff* |
| 6 | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | **JANIE JUNG,** an individual, | **Case No.:** 8:17-CV-00503-DOC-JCG |
| 12 | | |
| 13 | Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| 14 | | |
| 15 | v. | |
| 16 | **VITAL RECOVERY SERVICES, LLC.; and BMW FINANCIAL SERVICES NA, LLC.,** | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |

**NOTICE OF SETTLEMENT**          PAGE 1 OF 2

**TO THE COURT:**

  Plaintiff, JANIE JUNG, hereby submits this Notice of Settlement to notify the Court that the above captioned action has been settled in its entirety. Plaintiff anticipates filing a Notice of Dismissal pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) within thirty (30) days of this Notice.

Dated: May 9, 2017        Respectfully submitted,

               **SINNETT LAW, APC.**

               BY: /S/ WAYNE A. SINNETT
               WAYNE A. SINNETT, ESQ.
               ATTORNEY FOR PLAINTIFF